UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

ALEXANDER GUERRA,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

16 Crim. 11-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 15, 2020 conference is adjourned to June 17, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE