**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 17, 2020

Via ECF
The Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 11A
New York, New York 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: APR 2 0 2020

Re: *United States v. Alexander Guerra*, 16 Cr. 11 (GBD)

Dear Judge Daniels:

I write to respectfully request that the Court exclude time under the Speedy Trial Act until the conference scheduled for June 17, 2020, at 10:00 a.m. At the February 19, 2020 conference, the Court granted the Government's application to exclude time until April 15, 2020, the date of the then-next scheduled conference. On March 31, 2020, the Court adjourned the April 15 conference until June 17, 2020. Accordingly, the Government respectfully requests that, in light of the COVID-19 pandemic, the Court exclude time through June 17, 2020, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Matthew Laroche
Assistant United States Attorney
(212) 637-2420

cc: Gerald DiChiara, Esq. (via ECF)