UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

ALEXANDER GUERRA,

                              Defendant.

------------------------------------- x



16 Crim. 11 (GBD)

**ORDER**

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for June 17, 2020 is adjourned to July 28, 2020 at 10:00 am. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       June 11, 2020

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            United States District Judge