**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

ALEXANDER GUERRA,

                          Defendant.

------------------------------------- x

ORDER

16 Crim. 11 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for September 16, 2020 is adjourned to December 9, 2020 at 10:00 am. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       September 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge