**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                          :

      -against-                                                  :                    ORDER

ALEXANDER GUERRA,                                         :                    16 Crim. 11 (GBD)

                                Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for December 9, 2020 is adjourned to January 13, 2021 at

10:00 am.  On the Government's motion, time is excluded in the interest of justice pursuant to the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated:  New York, New York
         November 30, 2020

                         SO ORDERED.

                         GEORGE B. DANIELS
                         United States District Judge