UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

ALEXANDER GUERRA,

                                  Defendant.

------------------------------------x

ORDER

16 Crim. 11 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for June 1, 2021 at 9:00 a.m. The status conference scheduled for June 8, 2021 at 9:00 a.m. is cancelled.

Dated: New York, New York
       May 19, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge