**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

ALEXANDER GUERRA,

                           Defendant.
------------------------------------x

ORDER

16 Crim. 11 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's sentencing is scheduled for October 13, 2021 at 10:00 am.

Dated: New York, New York
       June 1, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge