**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
UNITED STATES OF AMERICA,             :
                                      :
            -against-                 :     ORDER
                                      :
ALEXANDER GUERRA,                     :     16 Crim. 11 (GBD)
                                      :
                        Defendant.    :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the open motion at ECF No. 43 (motion to adjourn) as having been resolved by this Court's order at ECF No. 44.

Dated: May 17, 2022
       New York, New York

                                  SO ORDERED.

                                  *George B. Daniels*
                                  GEORGE B. DANIELS
                                  United States District Judge